UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 25-02623-SPG-DTB | Date | July 30, 2026 |
| Title | Phillip Roberts v. BMW Financial Services NA, LLC et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER**

On November 5, 2025, plaintiff filed Notice of Settlement as to Defendant Trans Union LLC only [15]. On July 26, 2026, plaintiff filed a Notice of Dismissal as to defendants BMW Financial Services NA, LLC and Experian Information Solutions, Inc. The plaintiff shall file a dismissal order for remaining defendant Trans Union LLC by August 14, 2026. The Court sets an Order to Show Cause hearing for August 19, 2026, at 1:30 p.m. If a dismissal is filed prior to the set hearing the matter will be vacated and taken off calendar.

**IT IS SO ORDERED.**

00 : 00

Initials of Preparer pg